FORM B1

# United States Bankruptcy Court
# Western District of New York

# Voluntary Petition

| Debtor | Joint Debtor |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **Eddinger, Timothy D.** | Name of Joint Debtor (Spouse) (Last, First, Middle): **Eddinger, Kristen M.** |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): **fka Kristen M. Vaughn** |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **0419** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **9732** |
| Street Address of Debtor (No. & Street, City, State & Zip Code): **129 Saltonstall Street, Lot 27 Canandaigua, NY** ZIPCODE **14424** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): **129 Saltonstall Street, Lot 27 Canandaigua, NY** ZIPCODE **14424** |
| County of Residence or of the Principal Place of Business: **Ontario** | County of Residence or of the Principal Place of Business: **Ontario** |
| Mailing Address of Debtor (if different from street address) ZIPCODE | Mailing Address of Joint Debtor (if different from street address): ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):

ZIPCODE

**Type of Debtor** (Form of Organization) (Check one box.)

- [x] Individual (includes Joint Debtors)
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and provide the information requested below.)
  State type of entity:

**Nature of Business** (Check all applicable boxes.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Nonprofit Organization qualified under 15 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- [x] Consumer/Non-Business
- [ ] Business

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors:**

**Check one box:**

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case 2-06-20905-JCN, Doc 1, Filed 06/01/06, Entered 06/01/06 14:51:40, Description: Main Document , Page 1 of 41

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Eddinger, Timothy D. & Eddinger, Kristen M.**

**Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| **None** | | |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| **None** | | |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.
I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X ***/s/ George Mitris*** **6/01/06**
Signature of Attorney for Debtor(s) Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Certification Concerning Debt Counseling by Individual/Joint Debtor(s)**

☑ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition

☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.)

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**

*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

(Name of landlord or lessor that obtained judgment)

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Eddinger, Timothy D. & Eddinger, Kristen M.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ***/s/ Timothy D. Eddinger***
Signature of Debtor **Timothy D. Eddinger**

X ***/s/ Kristen M. Eddinger***
Signature of Joint Debtor **Kristen M. Eddinger**

Telephone Number (If not represented by attorney)

**June 1, 2006**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition. A certified copy of the order granting recognition is attached.

(Check one box only)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

X
Printed Name of Foreign Representative

Date

### Signature of Attorney

X ***/s/ George Mitris***
Signature of Attorney for Debtor(s)

**George Mitris**
Printed Name of Attorney for Debtor(s)

**George Mitris PC**
Firm Name

**1 East Main St.**
Address

**Victor, NY 14564**

**(585) 924-9537**
Telephone Number

**June 1, 2006**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Western District of New York**

**IN RE:** Case No. ______________

**Eddinger, Timothy D. & Eddinger, Kristen M.** Chapter **7**
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | AMOUNTS SCHEDULED ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | **Yes** | **1** | $ **65,000.00** | | |
| B - Personal Property | **Yes** | **3** | $ **59,451.00** | | |
| C - Property Claimed as Exempt | **Yes** | **1** | | | |
| D - Creditors Holding Secured Claims | **Yes** | **2** | | $ **106,701.09** | |
| E - Creditors Holding Unsecured Priority Claims | **Yes** | **1** | | $ **0.00** | |
| F - Creditors Holding Unsecured Nonpriority Claims | **Yes** | **6** | | $ **94,780.75** | |
| G - Executory Contracts and Unexpired Leases | **Yes** | **1** | | | |
| H - Codebtors | **Yes** | **1** | | | |
| I - Current Income of Individual Debtor(s) | **Yes** | **2** | | | $ **3,880.35** |
| J - Current Expenditures of Individual Debtor(s) | **Yes** | **2** | | | $ **4,572.00** |
| | TOTAL | **20** | $ **124,451.00** | $ **201,481.84** | |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

United States Bankruptcy Court
Western District of New York

**IN RE:** Case No. ______________

**Eddinger, Timothy D. & Eddinger, Kristen M.** Chapter **7**
Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES (28 U.S.C. § 159)
## [Individual Debtors Only]

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor was Intoxicated (from Schedule E) | |
| Student Loan Obligations (from Schedule F) | **3,013.15** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| **TOTAL** | **3,013.15** |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Eddinger, Timothy D. & Eddinger, Kristen M. Case No. ____________

Debtor(s)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant , community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Former residence at 39 Briggs St, Honeoye NY 14471 (property is in foreclosure; debtors moved out due to black mold health risk, too costly to repair). Property assessed at $48,000. Second mortgagee appraised property at $99,500 in 2004. Debtor believes property worth approx $65,000 in present condition. Liened by 1st mtge for $54,000, second mtge for $25,000. Will surrender. | | H | 65,000.00 | 80,201.09 |
| | | TOTAL | 65,000.00 | |

(Report also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Eddinger, Timothy D. & Eddinger, Kristen M. Case No. ____________

Debtor(s)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | cash on hand (less than) | H | 25.00 |
| | | cash on hand (less than) | W | 10.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | 1/2 interest in joint checking | W | 150.00 |
| | | 1/2 interest in joint checking at CNB | H | 150.00 |
| | | checking at Bayer (Houston, TX) | W | 5.00 |
| | | Checking at ESL | H | 16.00 |
| | | Checking at ESL | W | 50.00 |
| | | Debtors are custodians on childrens' accounts (total in childrens' accts = less than $150. These are childrens' funds (b'days, gifts) | J | 0.00 |
| | | Savings at Bayer | W | 5.00 |
| | | Savings at ESL | H | 16.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Security deposit with llord | W | 345.00 |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | Ordinary household goods and furnishings, including: 2 beds, dresser, desk, 2 nightstands, lamp, tv, radio/stereo, refrigerator, filing cabinet, miscellaneous ordinary household items including linens and toiletries. | H | 800.00 |
| | | Ordinary household goods and furnishings, including: couch, loveseat, coffee table, end table, tv and stand, radio/stereo, ordinary small kitchen appliances, eatingware and utensils, including stove, refrigerator, kitchen table and chairs, baker's rack, 4 beds, nightstand, 5 dressers, children's toys, desk, miscellaneous ordinary household items, including linens and toiletries | W | 1,500.00 |
| | | vcr and some tapes, dvd and some discs, 2 additional small tvs, washer/dryer, two 5 -year old computers, grill, lawn furniture, miscellaneous household items including ordinary hand and garden tools | W | 200.00 |
| | | washer/dryer, computer, additional radio, vcr/dvd combo and tapes and discs, miscellaneous ordinary household items including clock/radio. | J | 250.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | books and family photos | H | 50.00 |
| | | books and family photos | W | 50.00 |
| 6. Wearing apparel. | | debtor's clothes | H | 200.00 |
| | | debtor's clothes | W | 250.00 |
| 7. Furs and jewelry. | | watch, wedding band | W | 75.00 |
| | | wedding band | H | 20.00 |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Eddinger, Timothy D. & Eddinger, Kristen M. Case No. ____________

Debtor(s)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | | **2 shotguns, gulf clubs, used/old hockey equipment (children have own hockey equipment).** | **H** | **50.00** |
| | | **baseball glove, 2 small cameras** | **W** | **30.00** |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **additional life policy** | **H** | **1.00** |
| | | **additional life policy** | **W** | **1.00** |
| | | **term life** | **H** | **1.00** |
| | | **term life policy** | **W** | **1.00** |
| 10. Annuities. Itemize and name each issue. | **X** | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(3). 11 U.S.C. § 521(c); Rule 1007(b)). | **X** | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | **401K** | **H** | **17,000.00** |
| | | **401K through former employer** | **H** | **5.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | **X** | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | **X** | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | **X** | | | |
| 16. Accounts receivable. | **X** | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | | **child support arrears** | **H** | **340.00** |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | **X** | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | **X** | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | **X** | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | **X** | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | **X** | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | **X** | | | |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case 2-06-20905-JCN, Doc 1, Filed 06/01/06, Entered 06/01/06 14:51:40, Description: Main Document , Page 8 of 41

IN RE Eddinger, Timothy D. & Eddinger, Kristen M. Case No. ______________

Debtor(s)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) in customer lists or similar compilations provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1997 Mitsubishi Eclipse** | **H** | **2,805.00** |
| | | **2005 Pontiac Vibe Auto** | **W** | **16,000.00** |
| 26. Boats, motors, and accessories. | | **1976 Arctic Cat snowmobile (parts, junk)** | **J** | **50.00** |
| | | **1994 18-foot Pontoon Boat and Trailer (liened by CNB for approx $2,900). Purchased for $3,500 in 2003.** | **H** | **1,800.00** |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **dog** | **H** | **0.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **1979 Coleman popup camper (purchased for $500 in 2004)** | **H** | **200.00** |
| | | **1987 Fleetwood Mobile Home. Purchased from unrelated third party in 2005 for $8000.** | **W** | **8,000.00** |
| | | **2001 champion single wide trailer (purchased on 3/27/06 for $9000. debtor borrowed $ from richard brockelbank, 51 maint st. canandaigua, ny 14424 to purchase trailer.** | **H** | **9,000.00** |
| | | | **TOTAL** | **59,451.00** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**0** continuation sheets attached

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Eddinger, Timothy D. & Eddinger, Kristen M. Case No. ____________
Debtor(s)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $125,000.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **cash on hand (less than)** | **Debtor & Creditor Law § 283** | **25.00** | **25.00** |
| **1/2 interest in joint checking at CNB** | **Debtor & Creditor Law § 283** | **150.00** | **150.00** |
| **Checking at ESL** | **Debtor & Creditor Law § 283** | **16.00** | **16.00** |
| **Savings at ESL** | **Debtor & Creditor Law § 283** | **16.00** | **16.00** |
| **Security deposit with llord** | **CPLR § 5205(g)** | **345.00** | **345.00** |
| **Ordinary household goods and furnishings, including: 2 beds, dresser, desk, 2 nightstands, lamp, tv, radio/stereo, refrigerator, filing cabinet, miscellaneous ordinary household items including linens and toiletries.** | **CPLR § 5205(a)(5)** | **800.00** | **800.00** |
| **Ordinary household goods and furnishings, including: couch, loveseat, coffee table, end table, tv and stand, radio/stereo, ordinary small kitchen appliances, eatingware and utensils, including stove, refrigerator, kitchen table and chairs, baker's rack, 4 beds, nightstand, 5 dressers, children's toys, desk, miscellaneous ordinary household items, including linens and toiletries** | **CPLR § 5205(a)(5)** | **1,500.00** | **1,500.00** |
| **books and family photos** | **CPLR § 5205(a)(2)** | **50.00** | **50.00** |
| **books and family photos** | **CPLR § 5205(a)(2)** | **50.00** | **50.00** |
| **debtor's clothes** | **D&CL 282, 283; CPLR 5205** | **200.00** | **200.00** |
| **debtor's clothes** | **D&CL 282, 283; CPLR 5205** | **250.00** | **250.00** |
| **watch, wedding band** | **CPLR 5205(a)(6)** | **75.00** | **75.00** |
| **wedding band** | **CPLR § 5205(a)(6)** | **20.00** | **20.00** |
| **additional life policy** | **CPLR Section 5205** | **1.00** | **1.00** |
| **additional life policy** | **CPLR Section 5205** | **1.00** | **1.00** |
| **term life** | **CPLR Section 5205** | **1.00** | **1.00** |
| **term life policy** | **CPLR Section 5205** | **1.00** | **1.00** |
| **401K** | **NYD&CL 282, 283; CPLR 5205** | **17,000.00** | **17,000.00** |
| **401K through former employer** | **NYD&CL 282, 283; CPLR 5205** | **5.00** | **5.00** |
| **child support arrears** | **Debtor & Creditor Law § 282** | **340.00** | **340.00** |
| **1997 Mitsubishi Eclipse** | **Debtor & Creditor Law § 282(1)** | **2,400.00** | **2,805.00** |
| **1987 Fleetwood Mobile Home. Purchased from unrelated third party in 2005 for $8000.** | **CPLR § 5206(a)** | **8,000.00** | **8,000.00** |
| **2001 champion single wide trailer (purchased on 3/27/06 for $9000. debtor borrowed $ from richard brockelbank, 51 maint st. canandaigua, ny 14424 to purchase trailer.** | **CPLR § 5205(h)** | **1,000.00** | **9,000.00** |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Western District of New York**

**IN RE:** Case No. ____________

**Eddinger, Timothy D. & Eddinger, Kristen M.** Chapter **7**
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . $ **1,250.00**

   Prior to the filing of this statement I have received . . . . . . $ **1,250.00**

   Balance Due . . . . . . $ **0.00**

2. The source of the compensation paid to me was: ☑ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is: ☐ Debtor ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters~~;
   e. [Other provisions as needed]

   **NONE**

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:
   **contested matters, motions, adjournments and amendments not counsel's fault, telephone calls, correspondence and other efforts to ensure client compliance with court or trustee requisites, and all other post petition matters not specifically set forth above.**

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 1, 2006**
Date

***/s/ George Mitris***
Signature of Attorney

**George Mitris PC**
Name of Law Firm

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

UNITED STATES BANKRUPTCY COURT

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b) OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis**. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a “means test” designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in instalments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them,

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Certificate of [Non-Attorney] Bankruptcy Petition Preparer**

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

X

Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

**Certificate of the Debtor**

I (We), the debtor(s), affirm that I (we) have received and read this notice.

**Eddinger, Timothy D. & Eddinger, Kristen M.**
Printed Name(s) of Debtor(s)

X ***/s/ Timothy D. Eddinger*** **6/01/2006**
Signature of Debtor Date

Case No. (if known) ____________________

X ***/s/ Kristen M. Eddinger*** **6/01/2006**
Signature of Joint Debtor (if any) Date

**IN RE** Eddinger, Timothy D. & Eddinger, Kristen M. Case No. ____________

Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child." and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 1102077053<br>Canandaigua National Bank & Trust<br>Resource Recovery Dept.<br>72 South Main Street<br>Canandaigua, NY 14424 | | H | From approx '03; Loan on 18-foot Pontoon Boat<br>Value $ 1,800.00 | | | | 2,500.00 | 700.00 |
| Account No. 1102474818<br>Canandaigua National Bank & Trust<br>Resource Recovery Dept.<br>72 South Main Street<br>Canandaigua, NY 14424 | | W | From approx '05; Auto loan on 2005 Pontiac Vibe<br>Value $ 16,000.00 | | | | 16,000.00 | |
| Account No. 13743-014<br>ESL Federal Credit Union<br>Attn: Janet Burt, LSD<br>100 Kings Hwy, S; Suite 1200<br>Rochester, NY 14617-9974 | | H | From approx '03; Second mortgage on former residence at 39 Briggs Street, Honeoye, NY (Client Will Surrender)<br>Value $ 65,000.00 | | | | 25,035.00 | 15,035.00 |
| Account No. 100328<br>Ontario County Sewer Districts<br>2962 County Road 48<br>Canandaigua, NY 14424 | | H | From approx 10/05; Water and Sewer Charges for Former Residence at 39 Briggs Street, Honeoye, NY<br>Value $ 65,000.00 | | | | 114.50 | 114.50 |

1 continuation sheets attached

Subtotal (Total of this page) 43,649.50

(Use only on last page of the completed Schedule D) **TOTAL** ____

(Report total also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Eddinger, Timothy D. & Eddinger, Kristen M. Case No. ______________
Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Eddinger**<br>**Richard Brockelbank, Esq.**<br>**51 North Main Street**<br>**Canandaigua, NY 14424** | | **H** | **3/27/06; Secured Loan on Residence**<br>Value $ **9,000.00** | | | | **8,000.00** | |
| Account No. **Index 97035**<br>**Rosicki, Rosicki & Associates, PC**<br>**Attorney For Mtg Electronic Regis.**<br>**152 Islip Avenue, Ste 18**<br>**Islip, NY 11751** | | **H** | **From approx 2/03; Attorney for Mortgage Electronic Regis for Flagstar Bank, FSB; First mortgage on former residence at 39 Briggs Street, Honeoye, NY (Client to Surrender)**<br>Value $ **65,000.00** | | | | **55,000.00** | |
| Account No.<br>**Flagstar Bank**<br>**Accnt 999147084**<br>**5151 Corporate Drive**<br>**Troy, MI 48098-2639** | | | **Assignee or other notification for: Rosicki, Rosicki & Associates, PC**<br>Value $ | | | | | |
| Account No. **0166**<br>**Town Of Richmond**<br>**Water/Sewer**<br>**8690 Main St, PO Box 145**<br>**Honeoye, NY 14471** | | **H** | **From approx '05; Water and Sewer Services for former residence at 39 Briggs Street, Honeoye, NY**<br>Value $ **65,000.00** | | | | **51.59** | **51.59** |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet no. **1** of **1** sheets attached to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this page) | **63,051.59** |
| (Use only on last page of the completed Schedule D) **TOTAL** | **106,701.09** |

(Report total also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Eddinger, Timothy D. & Eddinger, Kristen M. Case No. ______________________

Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Other Certain Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0** continuation sheets attached

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case 2-06-20905-JCN, Doc 1, Filed 06/01/06, Entered 06/01/06 14:51:40,
Description: Main Document , Page 16 of 41

IN RE Eddinger, Timothy D. & Eddinger, Kristen M. Case No. ____________

Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 3717-029461-91006<br>American Express<br>PO Box 360001<br>Ft Lauderdale, FL 33336-0001 | | H | From approx '95; Ordinary consumer debt | | | | 1,151.87 |
| Account No.<br>Global Vantedge<br>Agent For American Express<br>PO Box 10908<br>San Rafael, CA 94912-0908 | | | Assignee or other notification for:<br>American Express | | | | |
| Account No. 4427-1150-0038-3920<br>Bank Of America<br>PO Box 1758<br>Newark, NJ 07101-1758 | | H | From approx '95; Ordinary consumer debt | | | | 1,028.06 |
| Account No. 703943-80<br>Bayer Employees Federal Credit Union<br>RR1 Box 12<br>Proctor, WV 26055 | | W | From approx '95; (Visa #----5939)Ordinary consumer debt | | | | 2,189.15 |
| Account No. 4291 1521 0465 8493<br>Capital One Bank<br>PO Box 790216<br>St. Louis, MO 63179-0216 | | W | From approx '95; Ordinary consumer debt | | | | 802.50 |

5 continuation sheets attached

Subtotal (Total of this page) 5,171.58

(Use only on last page of the completed Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Eddinger, Timothy D. & Eddinger, Kristen M. Case No. ____________
Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4388-6419-4923-7775**<br>**Capital One Bank**<br>**PO Box 790216**<br>**St. Louis, MO 63179-0216** | | **W** | **From approx '95; Ordinary consumer debt** | | | | **822.69** |
| Account No. **5178-0517-8227-3617**<br>**Capital One, F.S.B.**<br>**PO Box 790217**<br>**St. Louis, MO 63179-0217** | | **W** | **From approx '95; Ordinary consumer debt** | | | | **715.01** |
| Account No. **200-996-437**<br>**CITGO**<br>**Processing Center**<br>**Des Moines, IA 50362-0300** | | **W** | **From approx '95; Ordianry consumer debt** | | | | **1,173.47** |
| Account No. **302-490-206**<br>**CITGO**<br>**Processing Center**<br>**Des Moines, IA 50362-0300** | | **H** | **From approx '95; Ordinary consumer debt** | | | | **718.44** |
| Account No. **5424-1807-6685-7517**<br>**Citi Cards**<br>**PO Box 183064**<br>**Columbus, OH 43218-3064** | | **H** | **From approx '95; ordinary consumer debt** | | | | **3,930.58** |
| Account No.<br>**United Recovery Systems, LP**<br>**PO Box 722910**<br>**Houston, TX 77272-2910** | | | **Assignee or other notification for: Citi Cards** | | | | |
| Account No. **5540286**<br>**Client Services, Inc.**<br>**3451 Harry Truman Blvd**<br>**St. Charles, MO 63301-4047** | | **W** | **From approx '95; Collection for GE Consumer Finance-Exxon; Ordinary consumer debt** | | | | **726.38** |

Sheet no. **1** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **8,086.57**

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Eddinger, Timothy D. & Eddinger, Kristen M. Case No. ____________

Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 2053-2129843368<br>Community Bank, NA And<br>First Liberty Bank & Trust<br>PO Box 628<br>Olean, NY 14760-0628 | | H | From approx 11/05; Purported Deficiency on Repossessed '03 Ford Explorer | | | | 14,551.49 |
| Account No. 4447-9611-1014-9289<br>Credit One Bank<br>PO Box 80015<br>Los Angeles, CA 90080-0015 | | W | From approx '95; Ordinary consumer debt | | | | 1,698.39 |
| Account No. 13743-025<br>ESL Federal Credit Union<br>Attn: Janet Burt, LSD<br>100 Kings Hwy, S; Suite 1200<br>Rochester, NY 14617-9974 | | H | From approx '04; Ordinary consumer debt | | | | 24,000.00 |
| Account No. 4417-1137-6100-3391<br>First USA Bank, NA<br>PO Box 15153<br>Wilmington, DE 19886-5153 | | J | From approx '95; Ordinary consumer debt | | | | 1,162.39 |
| Account No. 6044086010164779<br>GE Money Bank<br>PO Box 530942<br>Atlanta, GA 30353-0942 | | W | From approx '95; Ordinary consumer debt | | | | 285.00 |
| Account No.<br>NCO Financial Systems, Inc.<br>PO Box 61247, Dept 64<br>Virginia Beach, VA 23466 | | | Assignee or other notification for:<br>GE Money Bank | | | | |
| Account No.<br>Univeral Fidelity LP<br>PO Box 941911<br>Houston, TX 77094-8911 | | | Assignee or other notification for:<br>GE Money Bank | | | | |

Sheet no. 2 of 5 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 41,697.27

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Eddinger, Timothy D. & Eddinger, Kristen M. Case No. ____________

Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5407-9120-5404-5822**<br>**HSBC Card Services**<br>**PO Box 17051**<br>**Baltimore, MD 21297-1051** | | **H** | **From approx '95; Ordinary consumer debt** | | | | **2,893.98** |
| Account No. **6036 3210 2680 6260**<br>**Linens - N - Things**<br>**PO Box 530993**<br>**Atlanta, GA 30353-0993** | | **W** | **From approx '95; Ordinary consumer debt** | | | | **399.86** |
| Account No. **819 2433 174304 7**<br>**Lowe's**<br>**PO Box 530914**<br>**Atlanta, GA 30353-0914** | | **H** | **From approx '95; Ordinary consumer debt** | | | | **719.42** |
| Account No. **4313-0888-1258-2905**<br>**MBNA America**<br>**PO Box 15137**<br>**Wilmington, DE 19886-5137** | | **H** | **From approx '95; Ordinary consumer debt** | | | | **6,776.79** |
| Account No. **5665508-08**<br>**National Fuel**<br>**PO Box 4103**<br>**Buffalo, NY 14264** | | **H** | **From approx '95; Ordinary consumer debt** | | | | **302.27** |
| Account No. **15190-62126**<br>**Nationalgrid**<br>**300 Erie Blvd West**<br>**Syracuse, NY 13252** | | **H** | **From approx '95; Ordinary consumer debt** | | | | **338.30** |
| Account No. **1067310**<br>**NCC Business Services, Inc.**<br>**Agent For GE Money Bank/WalMart**<br>**PO Box 24739**<br>**Jacksonville, FL 32241-4739** | | **W** | **From approx '95; Ordinary consumer debt** | | | | **1,786.05** |

Sheet no. **3** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **13,216.67**

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 013471990<br>OSI Collection Services, Inc.<br>PO Box 922<br>Brookfield, WI 53008-0922 | | W | From approx '95; Collection for Capital One Accnt 5291-1514-4340-9980; Ordianry consumer debt | | | | 1,397.71 |
| Account No. XXX - XX - 0419<br>U.S. Department Of Education<br>PO Box 530260<br>Atlanta, GA 30353-0260 | | H | From approx '05; Student Loans | | | | 3,013.15 |
| Account No. 06972552<br>United Recovery Systems, LP<br>PO Box 722910<br>Houston, TX 77272-2910 | | W | From approx '95; Collection for Citibank SD, NA #5423-7960-2123-4894; Ordinary consumer debt | | | | 7,223.08 |
| Account No. EDDINGER<br>Vincent S. Bingo, DDS<br>8623 East Main Street<br>PO Box 559<br>Honeoye, NY 14471 | | H | From approx 12/05; Ordinary medical debt | | | | 134.25 |
| Account No. 4031-1525-0046-7893<br>Washington Mutual Card Services<br>PO Box 660487<br>Dallas, TX 75266-0487 | | H | From approx '95; (Providian) Ordinary consumer debt | | | | 4,114.56 |
| Account No. 4465-6811-0057-4182<br>Washington Mutual Card Services<br>PO Box 660487<br>Dallas, TX 75266-0487 | | W | From approx '95; Ordinary consumer debt | | | | 2,069.53 |
| Account No. 5542-8517-0061-7715<br>Washington Mutual Card Services<br>PO Box 660487<br>Dallas, TX 75266-0487 | | H | From approx '95; Ordinary consumer debt | | | | 3,575.59 |

Sheet no. 4 of 5 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **21,527.87**

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Eddinger, Timothy D. & Eddinger, Kristen M. Case No. ____________

Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5542-8508-0106-9420**<br>**Washington Mutual Card Services**<br>**PO Box 660487**<br>**Dallas, TX 75266-0487** | | **W** | **From approx '95; Ordinary consumer debt** | | | | **2,395.52** |
| Account No. **069-151148**<br>**Wells Fargo Financial National Bank**<br>**Raymour & Flanigan**<br>**PO Box 94498**<br>**Las Vegas, NV 89193-4498** | | **W** | **From approx '95; Ordinary consumer debt** | | | | **2,466.52** |
| Account No. **944-282-136**<br>**WFNNB - Lane Byant Retail**<br>**PO Box 659728**<br>**San Antonio, TX 78265-9728** | | **H** | **From approx '95; Ordinary consumer debt** | | | | **218.75** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. 5 of 5 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **5,080.79**

(Complete only on last sheet of Schedule F) **TOTAL** **94,780.75**

(Report total also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Eddinger, Timothy D. & Eddinger, Kristen M. Case No. ____________________

Debtor(s)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Eddinger, Timothy D. & Eddinger, Kristen M. Case No. ____________

Debtor(s)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Eddinger, Timothy D. & Eddinger, Kristen M. Case No. ____________
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12, or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| **Separated** | **Son** | **10** |
| | **Daughter** | **9** |
| | **Daughter** | **6** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Salesman** | **Merchandiser/Cashier** |
| Name of Employer | **Time Warner Cable Shared Services** | **News America Market/Tops Market/Mosaic Sales** |
| How long employed | **3 Years** | **1 Year/3 Years** |
| Address of Employer | **7910 Crescent Executive Drive Charlotte, NC 28217** | **20 Westport Rd/PO Box 1027/6051 N State Hwy Wilton, CT/Buffalo, NY/Irving, TX 75038** |

| **INCOME:** (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 3,932.50 | $ 1,739.83 |
| 2. Estimated monthly overtime | $ | $ |
| **3. SUBTOTAL** | $ 3,932.50 | $ 1,739.83 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ | $ |
| b. Insurance | $ | $ |
| c. Union dues | $ | $ |
| d. Other (specify) **See Schedule Attached** | $ 1,495.15 | $ 296.83 |
| | $ | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 1,495.15 | $ 296.83 |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ 2,437.35 | $ 1,443.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| 8. Income from real property | $ | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social Security or other government assistance (Specify) | $ | $ |
| | $ | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income (Specify) **1st Job** | $ | $ |
| | $ | $ |
| | $ | $ |
| **14. SUBTOTAL OF INCOME REPORTED ON LINES 7 THROUGH 13** | $ | $ |
| **15. TOTAL MONTHLY INCOME** (Add amounts shown on Lines 6 through 14.) | $ 2,437.35 | $ 1,443.00 |

**16. TOTAL COMBINED MONTHLY INCOME $** 3,880.35 (Report also on Summary of Schedules)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtor's wages fluctuate. Scheduled income is based on 2005 gross $47,178.07 for 26 pay periods, less 30% for taxes and insurance.**
**Spouse has 3 part time jobs. Income fluctuates. Scheduled income is based on 2005 combined gross income from all part time jobs.**

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
## Continuation Sheet - Page 1 of 1

| | DEBTOR | SPOUSE |
|---|---|---|
| Other Payroll Deductions: | | |
| **Group Insurance** | **151.71** | |
| **401K Contribution** | **411.78** | |
| **Dependent Life** | | |
| **United Way** | **4.33** | |
| **Garnishment - Child** | **257.83** | |
| **Taxes(17%)** | | **296.83** |
| **Taxes (17%)** | **669.50** | |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Eddinger, Timothy D. & Eddinger, Kristen M. Case No. ______
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☑ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| Item | Amount |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 365.00 |
| a. Are real estate taxes included? Yes ___ No ✓ | |
| b. Is property insurance included? Yes ___ No ✓ | |
| 2. Utilities: | |
| a. Electricity and heating fuel | $ 200.00 |
| b. Water and sewer | $ |
| c. Telephone | $ 100.00 |
| d. Other | $ |
| | $ |
| 3. Home maintenance (repairs and upkeep) | $ |
| 4. Food | $ 300.00 |
| 5. Clothing | $ 40.00 |
| 6. Laundry and dry cleaning | $ 43.00 |
| 7. Medical and dental expenses | $ 50.00 |
| 8. Transportation (not including car payments) | $ 433.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 86.00 |
| 10. Charitable contributions | $ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ 10.00 |
| b. Life | $ 58.00 |
| c. Health | $ |
| d. Auto | $ 85.00 |
| e. Other | $ |
| | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) | $ |
| | $ |
| 13. Installment payments (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ |
| b. Other Trailer Payments | $ 150.00 |
| c. Other | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other Student Loans | $ 50.00 |
| Birthdays, Gifts, Holidays | $ 75.00 |
| Children's Activities | $ 65.00 |
| **18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | $ 2,110.00 |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
None

**20. STATEMENT OF MONTHLY NET INCOME**

| | |
|---|---|
| a. Total monthly income from Line 16 of Schedule I | $ 3,880.35 |
| b. Total monthly expenses from Line 18 above | $ 4,572.00 |
| c. Monthly net income (a. minus b.) | $ -691.65 |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Eddinger, Timothy D. & Eddinger, Kristen M. Debtor(s) Case No. ____________

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | SPOUSE |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 360.00 |
| a. Are real estate taxes included? Yes ___ No ✓ | |
| b. Is property insurance included? Yes ___ No ✓ | |
| 2. Utilities: | |
| a. Electricity and heating fuel | $ 220.00 |
| b. Water and sewer | $ |
| c. Telephone | $ 75.00 |
| d. Other Cable/Internet | $ 100.00 |
| | $ |
| 3. Home maintenance (repairs and upkeep) | $ 25.00 |
| 4. Food | $ 450.00 |
| 5. Clothing | $ 80.00 |
| 6. Laundry and dry cleaning | $ |
| 7. Medical and dental expenses | $ 25.00 |
| 8. Transportation (not including car payments) | $ 433.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 86.00 |
| 10. Charitable contributions | $ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ 10.00 |
| b. Life | $ |
| c. Health | $ |
| d. Auto | $ 85.00 |
| e. Other | $ |
| | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) | $ |
| | $ |
| 13. Installment payments (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ 298.00 |
| b. Other | $ |
| c. Other | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other Birthdays, Gifts, Holidays | $ 75.00 |
| Haircuts, And Personal Hygeine | $ 75.00 |
| Children's Activities | $ 65.00 |
| **18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | $ 2,462.00 |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | |
|---|---|
| a. Total monthly income from Line 16 of Schedule I | $ 3,880.35 |
| b. Total monthly expenses from Line 18 above | $ 4,572.00 |
| c. Monthly net income (a. minus b.) | $ -691.65 |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Eddinger, Timothy D. & Eddinger, Kristen M. Case No. ______________________
Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **21** sheets, and that (Total shown on summary page plus 1) they are true and correct to the best of my knowledge, information, and belief.

Date: **June 1, 2006** Signature: ***/s/ Timothy D. Eddinger***
**Timothy D. Eddinger** Debtor

Date: **June 1, 2006** Signature: ***/s/ Kristen M. Eddinger***
**Kristen M. Eddinger** (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

______________________________ ______________________
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

______________________________
______________________________
Address

______________________________ ______________________
Signature of Bankruptcy Petition Preparer Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the ______________________ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the ______________________ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____________ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1)

Date: ______________________ Signature: ______________________

______________________
(Print or type name of individual signing on behalf of debtor)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Western District of New York**

**IN RE:** Case No. ______________________

**Eddinger, Timothy D. & Eddinger, Kristen M.** Chapter **7**

Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **12,000.00** | **06 h approx** |
| **2,500.00** | **06 w approx** |
| **49,000.00** | **05 h approx** |
| **18,000.00** | **05 w approx** |
| **60,000.00** | **04 h approx** |
| **15,000.00** | **04 w approx** |

**2. Income other than from employment or operation of business**

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **1,600.00** | **05 h child support arrears** |

**3. Payments to creditors**

***Complete a. or b., as appropriate, and c.***

None ☐ a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Auto Payments Made Regularly** | | **0.00** | **0.00** |

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **mtge electronic registr syst vs timothy d eddinger; et all** | **mortgage foreclosure of former residence in honeyoye** | **ontario county supreme** | **summons issued** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Community Bank** | **11/05** | **repoed: 2003 ford explorer** |

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **George Mitris, PC**<br>**One East Main Street**<br>**Victor, NY 14564** | | **See Statement per BK Rule 2016(b)** |

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Salvation Army** | **8/05** | **clothes** |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Debtors Are Custodians Of Children's Acc**<br>**See Schedule B** | | |

**15. Prior address of debtor**

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **129 Saltonstall Street, Lot 27, Canandaigua NY** | **Kristen M Eddinger** | **5/05 to present** |
| **129 Saltonstall Street, Cdgua NY** | **Timothy Eddinger** | **5/05 to approx 3/06** |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| 129 Saltonstall Street, Lot 69, Canandaigua NY | Timothy Eddinger | 3/06 to present |
| --- | --- | --- |
| 39 Briggs St, Honeoye, NY | Timothy and Kristen Eddinger | 2/02 to 5/05 |

**16. Spouses and Former Spouses**

None If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case 2-06-20905-JCN, Doc 1, Filed 06/01/06, Entered 06/01/06 14:51:40,
Description: Main Document , Page 33 of 41

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **June 1, 2006** Signature of Debtor ***/s/ Timothy D. Eddinger***
**Timothy D. Eddinger**

Date: **June 1, 2006** Signature of Joint Debtor (if any) ***/s/ Kristen M. Eddinger***
**Kristen M. Eddinger**

**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Western District of New York**

**IN RE:** Case No. ______________

**Eddinger, Timothy D. & Eddinger, Kristen M.** Chapter **7**

Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☑ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.
☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.
☑ I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **1994 18-foot Pontoon Boat and Trailer (lie** | **Canandaigua National Bank & Trust** | | **Retain *** | | |
| **2005 Pontiac Vibe Auto** | **Canandaigua National Bank & Trust** | | | | ✓ |
| **Former residence at 39 Briggs St, Honeoy** | **ESL Federal Credit Union** | ✓ | | | |
| **Former residence at 39 Briggs St, Honeoy** | **Ontario County Sewer Districts** | ✓ | | | |
| **2001 champion single wide trailer (purcha** | **Richard Brockelbank, Esq.** | | | | ✓ |
| **Former residence at 39 Briggs St, Honeoy** | **Rosicki, Rosicki & Associates, PC** | ✓ | | | |
| **Former residence at 39 Briggs St, Honeoy** | **Town Of Richmond** | ✓ | | | |

* Retain and pay pursuant to original contract

**06/01/2006** — Date
***/s/ Timothy D. Eddinger*** — **Timothy D. Eddinger**, Debtor
***/s/ Kristen M. Eddinger*** — **Kristen M. Eddinger**, Joint Debtor (if applicable)

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer

Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

Address

Signature of Bankruptcy Petition Preparer

Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case 2-06-20905-JCN, Doc 1, Filed 06/01/06, Entered 06/01/06 14:51:40, Description: Main Document , Page 35 of 41

**United States Bankruptcy Court**
**Western District of New York**

**IN RE:** Case No. ______________________

**Eddinger, Timothy D. & Eddinger, Kristen M.** Chapter **7**

Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **June 1, 2006** Signature: ***/s/ Timothy D. Eddinger***
**Timothy D. Eddinger** Debtor

Date: **June 1, 2006** Signature: ***/s/ Kristen M. Eddinger***
**Kristen M. Eddinger** Joint Debtor, if any

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

American Express
PO Box 360001
Ft Lauderdale, FL  33336-0001


Bank Of America
PO Box 1758
Newark, NJ  07101-1758


Bayer Employees Federal Credit Union
RR1 Box 12
Proctor, WV  26055


Canandaigua National Bank & Trust
Resource Recovery Dept.
72 South Main Street
Canandaigua, NY  14424


Capital One Bank
PO Box 790216
St. Louis, MO  63179-0216


Capital One, F.S.B.
PO Box 790217
St. Louis, MO  63179-0217


CITGO
Processing Center
Des Moines, IA  50362-0300


Citi Cards
PO Box 183064
Columbus, OH  43218-3064


Client Services, Inc.
3451 Harry Truman Blvd
St. Charles, MO  63301-4047

Community Bank, NA And
First Liberty Bank & Trust
PO Box 628
Olean, NY  14760-0628


Credit One Bank
PO Box 80015
Los Angeles, CA  90080-0015


ESL Federal Credit Union
Attn: Janet Burt, LSD
100 Kings Hwy, S; Suite 1200
Rochester, NY  14617-9974


First USA Bank, NA
PO Box 15153
Wilmington, DE  19886-5153


Flagstar Bank
Accnt 999147084
5151 Corporate Drive
Troy, MI  48098-2639


GE Money Bank
PO Box 530942
Atlanta, GA  30353-0942


Global Vantedge
Agent For American Express
PO Box 10908
San Rafael, CA  94912-0908


HSBC Card Services
PO Box 17051
Baltimore, MD  21297-1051

Linens - N - Things
PO Box 530993
Atlanta, GA  30353-0993

Lowe's
PO Box 530914
Atlanta, GA  30353-0914

MBNA America
PO Box 15137
Wilmington, DE  19886-5137

National Fuel
PO Box 4103
Buffalo, NY  14264

Nationalgrid
300 Erie Blvd West
Syracuse, NY  13252

NCC Business Services, Inc.
Agent For GE Money Bank/WalMart
PO Box 24739
Jacksonville, FL  32241-4739

NCO Financial Systems, Inc.
PO Box 61247, Dept 64
Virginia Beach, VA  23466

Ontario County Sewer Districts
2962 County Road 48
Canandaigua, NY  14424

OSI Collection Services, Inc.
PO Box 922
Brookfield, WI  53008-0922

Richard Brockelbank, Esq.
51 North Main Street
Canandaigua, NY  14424


Rosicki, Rosicki & Associates, PC
Attorney For Mtg Electronic Regis.
152 Islip Avenue, Ste 18
Islip, NY  11751


Town Of Richmond
Water/Sewer
8690 Main St, PO Box 145
Honeoye, NY  14471


U.S. Department Of Education
PO Box 530260
Atlanta, GA  30353-0260


United Recovery Systems, LP
PO Box 722910
Houston, TX  77272-2910


Univeral Fidelity LP
PO Box 941911
Houston, TX  77094-8911


Vincent S. Bingo, DDS
8623 East Main Street
PO Box 559
Honeoye, NY  14471


Washington Mutual Card Services
PO Box 660487
Dallas, TX  75266-0487

Wells Fargo Financial National Bank
Raymour & Flanigan
PO Box 94498
Las Vegas, NV  89193-4498


WFNNB - Lane Byant Retail
PO Box 659728
San Antonio, TX  78265-9728